```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON LARA,

            Petitioner,

-against-

WILLIAM LEE, SUPERINTENDENT EASTERN NY CORRECTIONAL FACILITY,

            Respondent.

19 Civ. 6338 (AT) (KNF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 15, of the Honorable Kevin Nathaniel Fox, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court, therefore, ADOPTS the R&R in its entirety.

    Accordingly, Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 2, is DENIED.

    The Clerk of Court is directed to close the case. Chambers will mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: June 2, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge